UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRY DAVISON,

      Plaintiff,

v.

      Case No. 1:11-cv-590

      HONORABLE PAUL L. MALONEY

UNITED SERVICE BUREAU OF
ARBITRATION CORP., LARRY T.
MASICH, BRIAN J. MASICH,
LIGHTHOUSE RECOVERY ASSOCIATES,
LLC, ROBERT WILLIAM BARR, JR.,
SCOT MICHAEL McCUNE, AND
LARRY C. GAINES,

      Defendant.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED**.


Dated: October 18, 2011          /s/   Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge